UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

JILLIAN MECHANICAL CORPORATION,

                        Petitioner,

        -against-                                **JUDGMENT**
                                                             CV-12-0042 (ADS)(ARL)

UNITED SERVICE WORKERS UNION
LOCAL 355, INTERNATIONAL UNION OF
JOURNEYMEN AND ALLIED TRADES,
UNITED WELFARE FUND–WELFARE
AND SECURITY DIVISION–AND JOINT
APPRENTICESHIP AND TRAINING FUND,

                        Respondents.

------------------------------------------------------------X

      A Memorandum of Decision and Order of Honorable Arthur D. Spatt, United States District Judge, having been filed on June 21, 2012, granting respondents' motion to dismiss the complaint, denying respondents' request for attorneys' fees and costs without prejudice, and directing the Clerk of Court to mark this case as closed, it is

      **ORDERED AND ADJUDGED** that petitioner take nothing of respondents; that respondents' motion to dismiss the complaint is granted; that respondents' request for attorneys' fees and costs is denied without prejudice; and that this case is hereby closed.

Dated:  Central Islip, New York
          June 25, 2012

                                                                        DOUGLAS C. PALMER
                                                                        CLERK OF THE COURT

                                                     By:    /s/ Catherine Vukovich
                                                                      Deputy Clerk